UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT A. PERINO,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT COLE et al.,<br><br>    Defendant. | Case No.: 04-2151<br><br>SHOW CAUSE ORDER RE:<br>PLAINTIFF'S APPLICATION TO<br>PROCEED *IN FORMA PAUPERIS* |

This matter comes before the Court upon plaintiff's request to proceed *in forma pauperis*, Dkt. No. 69, in an appeal of a dismissal of the above-captioned civil case. Dkt. Nos. 62, 63. Plaintiff, however, has not provided the Court with sufficient information with which to determine whether he qualifies for *in forma pauperis* status. Dkt. No. 69. Rather, he has simply provided an incomplete financial affidavit that fails to indicate whether he has savings or other cash assets.[1] Moreover, plaintiff has not submitted an application to proceed *in forma pauperis* with this financial affidavit. Hence, the Court lacks the information necessary to make a determination as to whether plaintiff qualifies. The Court therefore ORDERS as follows:

---

[1] The Court notes that the first application to proceed in forma pauperis plaintiff filed indicated that he received over three thousand dollars per month in various pensions. *See* Dkt. No. 1.

SHOW CAUSE ORDER RE:
PLAINTIFF'S APPLICATION
TO PROCEED *IN FORMA PAUPERIS*

01       (1)     Plaintiff is directed to SHOW CAUSE as to why the Court should not deny him
02 *in forma pauperis* status.  Plaintiff shall submit a completed application to proceed *in forma*
03 *pauperis* together with a complete financial affidavit no later than July 15, 2005.
04       (2)     The Clerk is directed to send plaintiff a copy of the current application to
05 proceed *in forma pauperis* and a blank financial affidavit.  The Clerk is further directed to send
06 a copy of this order to plaintiff, counsel for defendants, and to the Honorable Ricardo S.
07 Martinez.
08       DATED this 5th day of July, 2005.

*/s/ James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

SHOW CAUSE ORDER RE:
PLAINTIFF'S APPLICATION
TO PROCEED *IN FORMA PAUPERIS*