01
02
03
04
05
06

07 UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
08 AT SEATTLE

09 SCOTT A. PERINO,                        )   Case No.: C04-2151-RSM-JPD
                                           )
10       Plaintiff,                        )
                                           )
11       v.                                )   ORDER DENYING PLAINTIFF'S
                                           )   APPLICATION TO PROCEED
12 ROBERT COLE, et al.,                    )   *IN FORMA PAUPERIS*
                                           )
13       Defendants.                       )
   _____ )
14

     This matter comes before the Court upon plaintiff's application to proceed *in forma*
15
*pauperis* ("IFP"), Dkt. No. 69, in an appeal of a dismissal of the above-captioned civil case.
16
Dkt. Nos. 62, 63.  Having reviewed plaintiff's IFP application and supporting documents, the
17
Court orders as follows:
18
     (1)   Plaintiff's IFP application, Dkt. No. 69, is DENIED.  Plaintiff's IFP
19
application shows that he and his wife receive over $4,000 per month in various sources of
20
income.  Dkt. No. 73.  It also shows that they have approximately $3,200 in costs every
21
month, including payments to more than a half a dozen credit card issuers.  *Id*.  Although it is
22
not necessary for a litigant to impoverish himself to qualify for IFP status on appeal, he must
23
show something more than mere hardship.  *Grisom v. Logan*, 334 F. Supp. 273, 276 (C.D.
24
Cal. 1971).  Here, plaintiff's IFP application demonstrates that, while it may be difficult to pay
25
the Court's filing fee, he is not truly indigent.
26

ORDER DENYING
PLAINTIFF'S APPLICATION
TO PROCEED *IN FORMA PAUPERIS*

01       (2)     The Clerk is further directed to send a copy of this order to plaintiff, counsel
02  for defendants, and to the Honorable Ricardo S. Martinez.
03       DATED this 25th day of July, 2005.

04                                             _____
05                                             JAMES P. DONOHUE
                                               United States Magistrate Judge
06
07
08
09
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER DENYING
PLAINTIFF'S APPLICATION
TO PROCEED *IN FORMA PAUPERIS*